**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DARLENE SHEILS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12 CV 2766 |
| | ) | |
| v. | ) | Judge Shah |
| | ) | |
| GATEHOUSE MEDIA, INC., | ) | Jury Trial Demanded |
| GATEHOUSE MEDIA SUBURBAN | ) | |
| NEWSPAPERS, INC., and SHAW | ) | |
| SUBURBAN MEDIA GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR
ENTRY OF FINAL JUDGMENT**

Plaintiff, Darlene Sheils, by her attorneys, Pedersen & Weinstein LLP, respectfully submits this motion for entry of final judgment consistent with the Court's Memorandum Opinion and Order dated October 27, 2015 [Doc. 132]. Specifically, judgment should be entered against GateHouse Media, Inc. and GateHouse Media Suburban Newspapers, Inc. as follows:

| | |
|---|---|
| Back pay award for FMLA retaliation – discharge and Illinois retaliatory discharge claims | $62,036.01 |
| Liquidated damages | $62,036.01 |
| Prejudgment interest through March 17, 2016[1] | $11,180.64 |
| Liquidated damages through March 17, 2016 | $11,180.64 |
| Overtime | $1,125 |
| Liquidated damages | $1,125 |
| Penalty under Illinois law | $1,372.50 |
| Offset for adverse tax consequences | $6,203.60 |
| Emotional distress | $60,000 |
| Punitive damages | $125,000 |
| | |
| **Total** | **$341,259.40** |

---

[1] Plaintiff's updated calculation of prejudgment interest is attached as <u>Exhibit A</u>.

Additionally, pursuant to the Court's October 27, 2015 order, judgment should be entered for the same amounts against Shaw Suburban Media Group, Inc. based on successor liability. [Doc. 132 p. 38].

Pursuant to the Court's order and Local Rule 54.3(b), Plaintiff will submit a fee petition no later than 91 days after the entry of judgment. [Doc. 132 p. 34].


Dated: February 25, 2016 	Respectfully submitted,


	By:	*/s/Jill Weinstein*


PEDERSEN & WEINSTEIN LLP
55 E. Jackson Blvd., Suite 510
Chicago, Illinois 60604
(312) 322-0710
(312) 322-0717 (facsimile)

# CERTIFICATE OF SERVICE

       I hereby certify that on February 25, 2016 a copy of the foregoing *Plaintiff's Motion for Entry of Final Judgment* was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic case filing system.  Parties may access this filing through the Court's system.

Mr. Michael A. Paull
Mr. Brian S. Schwartz
Klein Dub & Holleb
660 La Salle Place, Suite 100
Highland Park, IL 60035
map@labor-law.com
brian.schwartz@labor-law.com

                                            */s/Jill Weinstein*
                                            Jill Weinstein


Erika Pedersen
Jill Weinstein
**PEDERSEN & WEINSTEIN LLP**
55 E. Jackson, Suite 510
Chicago, IL  60604
(312) 322-0710
(312) 322-0717 (facsimile)